# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-920 |
| | * | Criminal No. JFM-10-0769 |
| | * | |
| ANTONIO EDWARDS | * | |
| | ****** | |

## MEMORANDUM

Antonio Edwards has filed this motion under 28 U.S.C. §2255. The motion is without merit, and it will be denied.

Most of the claims are frivolous. Although Edwards claims that his guilty plea was not knowing and voluntary, this claim is belied by a review of his plea agreement and the transcript of the Rule 11 hearing. Edwards entered into a "C" plea, and the court sentenced him to 25 years imprisonment in accordance with the parties' agreement.

Likewise, Edwards' claims that this court "lacked jurisdiction over the offense" is frivolous. Edwards was charged with a firearms offense over which this court has jurisdiction in light of the fact that the firearm in question was transported in interstate commerce. Edwards' claim that he was not advised of the mandatory minimum sentence is surprising in light of the transcript of the Rule 11 proceeding which reflects that he was. In any event, the claim is immaterial in light of the fact that Edwards agreed to a 25 year sentence. Further, to the extent that Edwards claims that he was not given notice of the nature of the charged offense, he was charged by an indictment which he acknowledged he had read at the Rule 11 proceeding.

Finally, to the extent that Edwards claims that he received ineffective assistance of counsel with respect to his sentence, the simple fact is that Edwards was sentenced in accordance with the nature of the offense he committed and his criminal record. There is nothing his counsel could do to minimize either the nature or the offense nor Edwards' past criminal conduct.

A separate order denying Edwards' motion is being entered herewith.


Date:   September 30, 2014          ___/s/_____
                                    J. Frederick Motz
                                    United States District Judge